```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FIZZ SOCIAL CORP.,

                         Plaintiff,

-against-                                   23-cv-8840 (LAK)

FLOWER AVE, INC.,

                         Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       On the grounds set forth in the report and recommendation of Magistrate Judge Barbara Moses, to which no objection has been filed, defendant's motion to dismiss the complaint is granted. The dismissal is with prejudice with respect to the Lanham Act claim and without prejudice as to the other claims.

       The Clerk shall close the case.

       SO ORDERED.

Dated:     August 20, 2024

                                                /s/ Lewis A. Kaplan
                                               Lewis A. Kaplan
                                             United States District Judge