**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FIZZ SOCIAL CORP,

                Plaintiff,           23 **CIVIL** 8840 (LAK)(BCM)

    -against-               **JUDGMENT**

FLOWER AVE, INC.,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 20, 2024, defendant's motion to dismiss the complaint is granted. The dismissal is with prejudice with respect to the Lanham Act claim and without prejudice as to the other claims; accordingly, the case is closed.

**Dated:** New York, New York
        August 21, 2024

                                        **Daniel Ortiz**
                                        **Acting Clerk of Court**

           **BY:**      _____
                                   **Deputy Clerk**